**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lance Mack, | Case No.  5:25-cv-01139-MAA |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |
| v. | |
| Frank J. Bisignano, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of NINE THOUSAND FORTY SIX AND 10/100 ($9,046.10) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: February 13, 2026

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE